UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOS. 3:00-00188 & 3:01-00097 |
| | ) | JUDGE CAMPBELL |
| KEVIN JERRON COOK | ) | |

ORDER

The hearing scheduled for December 30, 2013, on the Petitions (Docket No. 1084 in Case No. 3:00-00188 and Docket No. 33 in Case No. 3:01-00097) alleging violations of Defendant's conditions of Supervised Release is RESCHEDULED for January 9, 2014, at 10:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE