UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOS. 3:00-00188 & 3:01-00097 |
| | ) | JUDGE CAMPBELL |
| KEVIN JERRON COOK | ) | |

### ORDER

Pending before the Court are Motions to Continue & Consolidate Supervised Release Hearing with Sentencing Hearing in No. 3:13-00206 (Docket Nos. 55 and 1105). The Motions are GRANTED with the consent of Judge Trauger.

The cases of U.S. v. Kevin Jerron Cook, 3:00-CR-00188 and 3:01-CR-00097, are transferred to Judge Trauger as related to Case No. 3:13-CR-00206. The hearings for both cases are rescheduled for September 18, 2014, at 2:00 p.m. to be heard in conjunction with Case No. 3:13-CR-00206.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE